# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### WACO DIVISION

WILLIAM G. PUTNICKI
CLERK OF COURT

RECEIVED
2007 MAR 26  A 10: 45
DEBRA P. HACKETT, CL...
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

800 Franklin, Room 380
WACO, TEXAS 76701

March 22, 2007

Ms. Debra P. Hackett, Clerk
United States District Court
Post Office Box 711
Montgomery, AL 36101

RE:  TRANSFER OF JURISDICTION
     USA VS DEMETRA R. JONES
     DOCKET NO. TRANSFERRING COURT: W05-680M
     DOCKET NO. RECEIVING COURT:

Dear Clerk:

Enclosed are the following documents in reference to the above named defendant whose request for transfer of probation jurisdiction has been accepted by your court:

1. Certified Copy of Information
2. Certified Copy of Judgment
3. Original Transfer of Jurisdiction
4. Certified Copy of Docket Sheet

Sincerely,

WILLIAM G. PUTNICKI, CLERK

by: Suzanne Miles
    Deputy Clerk

Enclosures

CC:  U.S. Probation
     U. S. Attorney
     Financial Deputy

Please acknowledge receipt of same on the attached copy of this letter and return to our office in the self-addressed envelope enclosed herein.

DATE: 3/28/07            CASE NO: 2:07CR57-WC

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | **TRANSFER OF JURISDICTION** RECEIVED | W05-680M |
| | | DOCKET NUMBER *(Rec. Court)* |
| | 2007 MAR 26 A 10:05 | CR Misc 7187/22 07Cr57-WC |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION 2007 FEB 27 A 11:49 |
| Demetra R. Jones  Eclectic, Alabama  DORA P. HACKETT, CLK  U.S. DISTRICT COURT  MIDDLE DISTRICT  MAR 16 2007  CLERK, U.S. DISTRICT COURT  WESTERN DISTRICT OF TEXAS  BY ____ DEPUTY CLERK | TX WESTERN | Waco |
| | NAME OF SENTENCING JUDGE  U.S. Magistrate Jeffrey C. Manske | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM January 25, 2006 | TO January 24, 2008 |

**OFFENSE**

Ct. 1 Attempted Driving While Intoxicated - 18 U.S.C. § 13 and Texas Penal Code, Section 15.01 and 49.045

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the <u>Middle District of Alabama</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

1-29-07
Date

*/s/ Jeffrey C. Manske*
United States Magistrate Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

2-28-07
Effective Date

United States Magistrate Judge