MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN, DIVISION

HON.  WALLACE CAPEL, JR.                          Montgomery, Alabama

DATE COMMENCED:    11/19/07              DIGITAL RECORDING: 2:07 - 2:09

DATE COMPLETED:    11/19/07

USA                                              *

vs                                               *          2:07cr56-MEF

JERRY WAYNE BASSETT                              *

---

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| Clark Morris | | Michael J. Petersen |

---

COURT OFFICIALS PRESENT:

Wanda A. Robinson, Courtroom Deputy
Robert Illman, Law Clerk

---

PROCEEDINGS:

(  ) JURY TRIAL
( x ) OTHER PROCEEDINGS: Detention & Preliminary Hearing


2: 07

Court Convenes

Defendant waives his right to Preliminary and Detention Hearing

2:09  Court in Recess