**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

November 20, 2007

# NOTICE OF CORRECTION

**From:**      **Clerk's Office**

**Case Style:**     **USA vs. DEMETRA R. JONES**

**Case Number:**   **2:07cr57-WC**
                  **Document #3**

**This Notice of Correction was filed in the referenced case this date to correct the following deficient pleading which was filed on November 19, 2007:**

**The MINUTE ENTRY as to DEMETRA R. JONES was filed in the wrong case. PLEASE DISREGARD this filing.**